# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:26-cr-00284-MC |
| v. | MISDEMEANOR INFORMATION |
| IAN TUWEETMIACH JOHNSON, | 18 U.S.C. § 1361 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Depredation of Government Property)**
**(18 U.S.C. § 1361)**

On or about July 10, 2023, in the District of Oregon, defendant **IAN TUWEETMIACH JOHNSON**, did willfully commit depredation against property of the United States, namely, an outbuilding owned and operated by the Oregon Caves National Monument and Preserve, such damage not exceeding the sum of $1,000;

In violation of Title 18, United States Code, Section 1361.

Dated: August 11, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Melissa E. LeRitz*
MELISSA E. LERITZ
Assistant United States Attorney

**Superseding Misdemeanor Information**　　　　　　　　　　　　　　　　**Page 1**